UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| KER'SEAN OLAJUWA RAMEY, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. V-13-03 |
| | § | |
| WILLIAM STEPHENS,[1] | § | |
| | § | |
| Respondent. | § | |

ORDER

Ker'sean Olajuwa Ramey, an inmate on Texas' death row, has filed a motion for the appointment of counsel (Docket Entry No. 1) and a motion to proceed *in forma pauperis* (Docket Entry No. 2). Under 18 U.S.C. § 3599(a)(2), "any [capital habeas petitioner] who is or becomes financially unable to obtain adequate representation . . . shall be entitled to the appointment of one or more attorneys." The Court finds that Ramey is entitled to proceed *in forma pauperis*. The Court authorizes Ramey to proceed in federal court without the payment of fees. The Court **APPOINTS** the following attorneys to represent Ramey throughout his federal habeas proceedings:

**David Adler**
6750 West Loop South, Ste. 120
Bellaire, TX 77401
713-666-7576
713-665-7070 (Fax)
davidadler1@hotmail.com

---

[1] Effective June 1, 2013, William Stephens succeeded Rick Thaler as the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Director Stephens "is automatically substituted as a party." FED.R.CIV.P. 25(d).

**Thomas S. Berg**
600 Travis St, Ste. 1900
Houston, TX 77002
713-236-1900
tomberg@mgscounsel.com

Ramey's attorneys will be compensated at the rate of $178 per hour, pursuant to 18 U.S.C. § 3599(g)(1). Counsel may submit requests for interim payment for their work.

SIGNED this 13th day of June, 2013.

_____
Gregg Costa
United States District Judge